# EXHIBIT 1



1235 Broadway, 2nd Floor, NEW YORK, NY 10001
Phone: (212) 233-4040 Fax: (212) 732-4327
Email: info@pmlegal.com
www.pmlegal.com

 

**Supreme BRONX**

**Service of Process (including subpoenas and so-ordering), Commencement and Notice of Claims**
**File Affidavits**
**eFile if required**
**Serve Process**

## PLEASE SEND THIS SLIP WITH YOUR WORK

| QU1  Acct # : HFD | Request # : **11-45-9749** | Index # : **800749/2022E** |
|---|---|---|
| Dixie Escolero<br>HELEN F. DALTON & ASSOCIATES, P.C<br>80-02 KEW GARDENS ROAD, SUITE 601<br>KEW GARDENS, NY 11415 | | Plaintiff : JEAN C. FIGUEREO |
| | | Defendant : PORTX INC. AND SANTIAGO GRAVERAN, |

Completion Date :

**Instructions :**
PLEASE SERVE S&C

| Client : | File No : 2021-E009 | Attorney : |
|---|---|---|
| Contact Person : Dixie Escolero | | |
| Email : dixie@helendalton.com | Phone No : 718-263-9591 | |
| Requested : 1/21/2022 | Request # : **11-45-9749** | Printed : 1/21/2022 |

All services to be performed by PM Legal, as requested herein, are governed by and subject to the terms of service set forth at http://www.PMLegal.com/Terms.htm, which includes, but is not limited to, various DISCLAIMERS of IMPLIED OR EXPRESS WARRANTIES and a LIMITATION OF LIABILITY. Please refer to this link for full details.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------------X
JEAN C. FIGUEREO

                               PLAINTIFF,

      -AGAINST-

PORTX INC. AND SANTIAGO GRAVERAN,

                            DEFENDANTS.
---------------------------------------------------------------------X

Index No.: 800749/2022 E
Filed on 1/17/22
**SUMMONS**

Plaintiff designates BRONX COUNTY as venue.

The basis of venue is:
Plaintiff's Residence

Plaintiff resides at:
1560 Grand Concourse
Bronx, NY 10457

County of BRONX

**To the above named Defendants:**

    **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorney(s) within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:     KEW GARDENS, NY
            January 17, 2022

Yours, etc.

_____
Sofya Janashvili, Esq.
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiff
**JEAN C. FIGUEREO**
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
(718) 263-9591
Our File No. 2021-E009

TO:
PORTX INC.
239 LINDBERGH PLACE
PATERSON, NJ 07503

PORTX INC.
411 ROUTE 17
SUITE 320

HASBROUCK HEIGHTS, NJ 07604

SANTIAGO GRAVERAN
428 NORTHWOOD WAY
PALISADES PARK, NJ 07650

SANTIAGO GRAVERAN
53 47TH STREET, APT 1L
WEEHAWKEN, NJ 07086-7144

SANTIAGO GRAVERAN
513 CENTRAL AVE APT 2
UNION CITY, NJ 07087-2838

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X
JEAN C. FIGUEREO

                             Plaintiff,                      Index No.: 800749/2022E

               -against-                              **VERIFIED COMPLAINT**

PORTX INC. AND SANTIAGO GRAVERAN,

                             Defendants.
-----------------------------------------------------------------------X

       Plaintiff, by his attorneys, **HELEN F. DALTON & ASSOCIATES, P.C.**, complaining of the Defendants, respectfully alleges, upon information and belief, as follows:

1. At all times herein mentioned, Plaintiff, **JEAN C. FIGUEREO,** was, and still is, a resident of the County of Bronx, State of New York.

2. At all times herein mentioned, Defendant, **PORTX INC.,** was, and still is, a domestic corporation duly organized and existing under the laws of the State of New York.

3. At all times herein mentioned, Defendant, **PORTX INC.,** was, and still is, a foreign corporation duly organized and existing under the laws of the State of New York.

4. That at all times herein mentioned, Defendant, **PORTX INC.,** maintained its principal office and place of business in the County of Passaic, State of New Jersey, located at 239 Lindbergh Place, Paterson, NJ 07503.

5. At all times herein mentioned, Defendant, **SANTIAGO GRAVERAN,** was, and still is, a resident of the County of Bergen, State of New Jersey.

6. At all times herein mentioned, Defendant, **PORTX INC.,** was the owner of a 2016 Freightliner motor vehicle bearing New Jersey license plate number AX563E.

7. At all times hereinafter mentioned, Defendant, **SANTIAGO GRAVERAN,** operated the aforementioned motor vehicle bearing New Jersey State license plate number AX563E.

8. At all times hereinafter mentioned, Defendant, **SANTIAGO GRAVERAN,** operated

the aforementioned motor vehicle with the permission of Defendant, **PORTX INC.**

9. At all times hereinafter mentioned, Defendant, **SANTIAGO GRAVERAN,** operated the aforementioned motor vehicle with the knowledge of the Defendant, **PORTX INC.**

10. At all times hereinafter mentioned, Defendant, **SANTIAGO GRAVERAN,** operated the aforementioned motor vehicle with the consent of the Defendant, **PORTX INC.**

11. At all times hereinafter mentioned, Defendant, **PORTX INC.,** managed the aforesaid motor vehicle.

12. At all times hereinafter mentioned, Defendant, **SANTIAGO GRAVERAN,** managed the aforementioned motor vehicle.

13. At all times hereinafter mentioned, Defendant, **PORTX INC.,** maintained the aforementioned motor vehicle.

14. At all times hereinafter mentioned, Defendant, **SANTIAGO GRAVERAN,** maintained the aforementioned motor vehicle.

15. At all times hereinafter mentioned, Defendant, **PORTX INC.,** controlled the aforementioned motor vehicle.

16. At all times hereinafter mentioned, Defendant, **SANTIAGO GRAVERAN,** controlled the aforementioned motor vehicle.

17. At all times hereinafter mentioned, Defendant, **SANTIAGO GRAVERAN,** operated the aforementioned motor vehicle in the scope of his employment with Defendant, **PORTX INC.**

18. At all times hereinafter mentioned, Plaintiff, **JEAN C. FIGUEREO,** was the operator of a 2000 Ford motor vehicle bearing New York State license plate number HAM4800.

19. At all times hereinafter mentioned, on or about the Cross Bronx Expressway at or near its intersection with White Plains Road Overpass, County of Bronx, State of New York, was a roadway and/or thoroughfare used by the public generally.

20. That on or about October 12, 2021, Defendant, **SANTIAGO GRAVERAN,** was operating the vehicle owned by Defendant, **PORTX INC.,** at the aforementioned location.

21. That on or about October 12, 2021, Plaintiff, **JEAN C. FIGUEREO,** was operating his motor vehicle at the aforementioned location.

22. That on or about October 12, 2021, at the aforementioned location, the motor vehicle owned by Defendant, **PORTX INC.,** and operated by Defendant, **SANTIAGO GRAVERAN**, came into contact with the motor vehicle operated by Plaintiff, **JEAN C. FIGUEREO**.

23. That as a result of the aforesaid contact, Plaintiff, **JEAN C. FIGUEREO,** was injured.

24. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the Defendants without any fault or negligence on the part of the Plaintiff contributing thereto.

25. That Defendants were negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid vehicle and the Defendants were otherwise negligent, careless and reckless in the premises.

26. That by reason of the foregoing, Plaintiff, **JEAN C. FIGUEREO,** sustained severe and permanent personal injuries; and Plaintiff, **JEAN C. FIGUEREO,** was otherwise damaged.

27. That Plaintiff, **JEAN C. FIGUEREO,** sustained serious injuries as defined in Subdivision d of §5102 of the Insurance Law-Recodification.

28. That Plaintiff, **JEAN C. FIGUEREO,** sustained serious injuries and economic loss greater than basic economic loss as to satisfy the exceptions of §5104 of the Insurance Law.

29. That Plaintiff, **JEAN C. FIGUEREO,** is not seeking to recover any damages for which Plaintiff has been reimbursed by no-fault insurance and/or for which no-fault insurance is obligated to reimburse Plaintiff. Plaintiff is only seeking to recover those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

30. That this action falls within one or more of the exceptions as set forth in CPLR §1602.

31. That by reason of the foregoing, Plaintiff, **JEAN C. FIGUEREO,** has been damaged in an amount which exceeds the jurisdictional limits of all lower courts which would otherwise have

jurisdiction over this matter.

### AS AND FOR A SECOND CAUSE OF ACTION ON BEHALF OF PLAINTIFF MIGUEL MONTANO FOR PROPERTY DAMAGE

32. Plaintiff, **JEAN C. FIGUEREO**, repeats, reiterates and re-alleges each and every allegation contained in the First Cause of Action with the same force and effect as though same, more fully set forth at length herein.

33. That at all times herein mentioned Plaintiff, **JEAN C. FIGUEREO**, was the owner of the aforementioned motor vehicle bearing New York State license plate number HAM4800.

34. That Plaintiff, **JEAN C. FIGUEREO**, motor vehicle was rendered unusable and valueless as a result of the aforementioned collision.

35. That solely by reason of the foregoing, Plaintiff, **JEAN C. FIGUEREO**, has sustained money damages in an amount which exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction over this action.

WHEREFORE, Plaintiff, **JEAN C. FIGUEREO**, demands judgment on the First and Second Causes of Action against Defendants in an amount this court deems fair, just, and reasonable under the circumstances, together with costs and disbursements of this action.

Dated: KEW GARDENS, NY
January 12, 2022

Yours, etc.

_____
Sofya Janashvili, Esq.
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiff
**JEAN FIGUEREO**
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
(718) 263-9591
Our File No. 2021-E009

TO:
PORTX INC.
239 LINDBERGH PLACE
PATERSON, NJ 07503

PORTX INC.
411 ROUTE 17
SUITE 320
HASBROUCK HEIGHTS, NJ 07604

SANTIAGO GRAVERAN
428 NORTHWOOD WAY
PALISADES PARK, NJ 07650

SANTIAGO GRAVERAN
53 47TH STREET, APT 1L
WEEHAWKEN, NJ 07086-7144

SANTIAGO GRAVERAN
513 CENTRAL AVE APT 2
UNION CITY, NJ 07087-2838

## PLAINTIFF'S VERIFICATION

STATE OF NEW YORK

ss:

COUNTY OF Queens

Jean C. Figuereo, being duly sworn say: I am a **PLAINTIFF** in the action herein and I have read the annexed

Summons & Complaint.

I know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters, I believe them to be true. My belief as to those matters therein not stated upon knowledge is based upon facts, records, and other pertinent information contained in my personal files.

X _____
PLAINTIFF'S SIGNATURE

Sworn to before me this

17 day of Jan, 2022.

_____
NOTARY PUBLIC

Leah Janash
Notary Public, State of New York
No. 01JA5077017
Qualified in Queens County
Commission Expires April 28, 2023

Index No. 800749/2022E
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

JEAN C. FIGUEREO

                        Plaintiff,

    -against-

PORTX INC. AND SANTIAGO GRAVERAN,

                        Defendants.

SUMMONS AND VERIFIED COMPALINT

**HELEN F. DALTON & ASSOCIATES, P.C.**
*Attorneys for Plaintiff*
**80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
(718) 263-9591**

To:
PORTX INC.
239 LINDBERGH PLACE
PATERSON, NJ 07503

PORTX INC.
411 ROUTE 17
SUITE 320
HASBROUCK HEIGHTS, NJ 07604

SANTIAGO GRAVERAN
428 NORTHWOOD WAY
PALISADES PARK, NJ 07650

SANTIAGO GRAVERAN
53 47TH STREET, APT 1L
WEEHAWKEN, NJ 07086-7144

SANTIAGO GRAVERAN
513 CENTRAL AVE APT 2
UNION CITY, NJ 07087-2838

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------x
JEAN C. FIGUEREO

                       Plaintiff/Petitioner,

      - against -                           Index No. 800749/2022E

PORTX INC. AND SANTIAGO GRAVERAN,

                       Defendant/Respondent.
-----------------------------------------------------------------x

## NOTICE OF ELECTRONIC FILING
### (Consensual Case)
(Uniform Rule § 202.5-b)

**You have received this Notice because:**

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney.  (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically

- free access to view and print your e-filed documents

- limiting your number of trips to the courthouse

- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: January 17, 2022

Sofya Janashvili, Esq.
_____
Name

Helen F. Dalton & Associates, P.C.
_____
Firm Name

80-02 Kew Gardens Road, Suite 601
_____

Kew Gardens, NY 11415
_____
Address

(718) 263-9591
_____
Phone

helendaltonpc@helendalton.com
_____
E-Mail

To: _____

2/24/20

Index #     Page 2 of 2     EF-3