UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JEAN C. FIGUERO,                                                :

                Plaintiff,                            :        22 Civ. 6185 (GWG)

   -v.-                                                         :        <u>ORDER</u>

PORTX INC. et al.,                                              :

                Defendant.                           :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      A conference to (1) discuss issues raised in the parties' pre-trial submissions and (2) to set a trial date in this matter will be held <u>on September 28, 2023 at 10:30 a.m.</u>  At that time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      The attorneys actually trying this case are required to attend this conference.  If necessary, the date of this conference may be changed by following the procedures set forth in paragraph 1.F of this Court's Individual Practices.  <u>Upon receipt of this order, each counsel is directed to confirm with all other counsel that each party to this proceeding has received a copy of this order.</u>

      Counsel should be prepared to discuss not only their own availability for trial but also the availability of their witnesses, including any expert witnesses, for a trial to commence no earlier than October 23, 2023, and for all dates in the following six-month period.

      The Court notes that in cases where experts testify, it is the Court's preference to schedule experts for particular dates and times and to provide time limitations for each party's examinations of that expert so that the schedule can be adhered to.  An example of a schedule for one day is set forth in the margin.[*]  Expert witness testimony may be taken out of order and may interrupt the testimony of party witnesses.  Expert witness testimony should not be scheduled, however, for the first trial day since jury selection may not conclude until afternoon.

---

[*] <u>Day 2</u>:
Expert A starts at 9:15 a.m. (Direct and Redirect: 45 minutes; Cross and Recross 45 minutes)
Expert B starts at 11:30  (Direct and redirect 30 minutes; Cross and Recross 30 minutes)
       <u>Day 3</u>
Expert C starts at 2:15 p.m. (Direct and redirect: 60 minutes; Cross and Recross: 60 minutes)

      The parties are directed to discuss what such a schedule would look like to see if agreement can be reached.  The parties may present any agreement by means of a letter filed on ECF prior to the conference.  The Court notes that it generally starts testimony at 9:15 a.m. and continues until 5:00 p.m. from Monday through Friday, with a lunch break generally beginning at about 1 p.m. and lasting until 2 p.m.

      SO ORDERED.

Dated: September 15, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge