UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEAN C FIGUERO                                   :

        Plaintiffs,              :         <u>ORDER</u>

  -v.-                                          :
                                                   22 Civ. 6185 (GWG)
PORTX INC. et al.,                               :

        Defendants.            :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court's Jury Department has just informed the undersigned that, due to a number of criminal trials scheduled for January 22, 2024, it will be impossible to have sufficient jurors for a civil trial to start on that date. This means that if the parties have already arranged for their experts to testify on January 23, 2024, that date will have to be changed.

      The parties are directed to consult among themselves and file a joint letter on or before December 13, 2023, as to their availability and preferences for the trial to start on any of the following dates:

Tuesday, January 23, 2024
Tuesday, January 30, 2024
Tuesday, February 6, 2024
Monday, February 12, 2024
Tuesday, February 13, 2024

      Please be reminded that for any date selected, the parties must ensure that their experts will be available to testify on the next day.

      SO ORDERED.

      Dated: December 6, 2023
              New York, New York

                                                         GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge