UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JEAN C FIGUERO                                 :

                                               :       ORDER OF DISCONTINUANCE
            Plaintiff,                                 22 Civ. 6185 (GWG)
                                               :

    -v.-                                       :

                                               :

PORTX INC. et al.,                             :

                                               :
            Defendants.                        :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    On October 17, 2022, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). By letter dated December 28, 2023, the parties have reported to the Court that they have reached a settlement of this matter.

    Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs (including attorney's fees) to either party. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned within 30 days seeking to re-open this matter. Any application to reopen filed after the 30-day period has expired may be denied solely for failure to meet the 30-day deadline.

    Any pending motions are moot. The Clerk is requested to close the case.

    SO ORDERED.

Dated: December 28, 2023
       New York, New York

                              GABRIEL W. GORENSTEIN
                              United States Magistrate Judge